**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: K.M.S., A MINOR        : No. 58 WM 2014
:
:
:
:
:
PETITION OF: A.M.S., MOTHER    :

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED**. Mother is **DIRECTED** to file her Petition for Allowance of Appeal by September 9, 2014.

Justice Stevens dissents, would note counsel was negligent, and would direct Mother to file her Petition for Allowance of Appeal within 48 hours of the filing of this Order.